DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**OMAR WILLIAMS**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>OMAR WILLIAMS,<br><br>    Defendant. | CASE NO. 2:13-CR-00383-TLN<br><br>STIPULATION AND ORDER<br><br>DATE: July 3, 2014<br>TIME: 9:30 AM<br>JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Omar Williams, by and through his attorney, Dan Koukol, that the status conference of July 3, 2014 be vacated and that a status conference be set for August 21, 2014 at 9:30 AM.

This continuance is being requested because counsel needs additional time to discuss the case with the government and negotiate a plea agreement.

/ /

/ /

/ /

-1-

Counsel agree that the time between the signing of the requested order and August 21, 2014 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: JULY 1, 2014          Respectfully submitted,


                             /s/ DAN KOUKOL
                             _____
                             DAN KOUKOL
                             Attorney for defendant Omar Williams


DATED: JULY 1, 2014          Respectfully submitted,


                             /s/ DAN KOUKOL FOR JASON HITT
                             _____
                             JASON HITT
                             Assistant U.S. Attorney

**IT IS SO ORDERED,** that the status conference in the above-entitled matter, scheduled for July 3, 2014, be vacated and the matter continued to August 21, 2014 at 9:30 AM for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: July 3, 2014

_____
Troy L. Nunley
United States District Judge