DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**OMAR WILLIAMS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00383-TLN |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: January 8, 2015<br>TIME: 9:30 AM |
| OMAR WILLIAMS, | JUDGE: Hon. Troy L. Nunley |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Omar Williams, by and through his attorney, Dan Koukol, that the status conference of January 8, 2015 be vacated and that a status conference be set for February 26, 2015 at 9:30 AM.

This continuance is being requested because the defendant is awaiting a revised plea offer.

/ /

/ /

/ /

/ /

Counsel agree that the time between the signing of the requested order and February 26, 2015 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: JANUARY 6, 2015   Respectfully submitted,


/s/ DAN KOUKOL
_____
Dan Koukol
Attorney for defendant Omar Williams


DATED: JANUARY 6, 2015   Respectfully submitted,


/s/ DAN KOUKOL FOR JASON HITT
_____
Jason Hitt
Assistant U.S. Attorney

**IT IS SO ORDERED,** that the status conference in the above-entitled matter, scheduled for January 8, 2015, be vacated and the matter continued to February 26, 2015 at 9:30 AM for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED:  January 6, 2015


_____
Troy L. Nunley
United States District Judge