DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**OMAR WILLIAMS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00383-TLN |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: June 4, 2015<br>TIME: 9:30 AM |
| OMAR WILLIAMS, | JUDGE: Hon. Troy L. Nunley |
| Defendant. | |

   It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Omar Williams, by and through his attorney, Dan Koukol, that the status conference of June 4, 2015 be vacated and that a status conference be set for July 30, 2015 at 9:30 AM.

   This continuance is being requested because the parties need additional time to discuss the case and negotiate a revised plea agreement.

/ /

/ /

/ /

/ /

-1-

1    Counsel agree that the time between the signing of the requested order and July 30, 2015
2    will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)
3    (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed
4    by the interests of justice in permitting counsel adequate time to prepare.

DATED: JUNE 2, 2015					Respectfully submitted,

							/s/ DAN KOUKOL
							_____
							Dan Koukol
							Attorney for defendant Omar Williams


DATED: JUNE 2, 2015					Respectfully submitted,

							/s/ DAN KOUKOL FOR JASON HITT
							_____
							Jason Hitt
							Assistant U.S. Attorney


**IT IS SO ORDERED,** that the status conference in the above-entitled matter, scheduled for June 4, 2015, be vacated and the matter continued to July 30, 2015 at 9:30 AM for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED:  June 2, 2015

							_____
							Troy L. Nunley
							United States District Judge

-2-