DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**OMAR WILLIAMS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00383-TLN |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: December 17, 2015<br>TIME: 9:30 AM |
| OMAR WILLIAMS, | JUDGE: Hon. Troy L. Nunley |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Omar Williams, by and through his attorney, Dan Koukol, that the status conference of December 17, 2015 be vacated and that a status conference be set for February 25, 2016 at 9:30 AM.

This continuance is being requested because Defense Counsel will be in a preliminary examination on a murder case in Placer County Superior Court on December 17, 2015 and the parties need additional time to discuss the case with the government and negotiate a revised plea agreement.

/ /

-1-

1    Counsel agree that the time between the signing of the requested order and February 25,

2    2016 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A)

3    and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are

4    outweighed by the interests of justice in permitting counsel adequate time to prepare.

5
     DATED: December 11, 2015          Respectfully submitted,
6

7                                      /s/ DAN KOUKOL

                                       _____
8                                      Dan Koukol
                                       Attorney for defendant Omar Williams
9

10
     DATED: December 11, 2015          Respectfully submitted,
11

12                                     /s/ DAN KOUKOL FOR JASON HITT

                                       _____
13                                     Jason Hitt
                                       Assistant U.S. Attorney
14

15        **IT IS SO ORDERED,** that the status conference in the above-entitled matter, scheduled

16   for December 17, 2015, be vacated and the matter continued to February 25, 2016 at 9:30 AM

17   for further status conference. The Court finds that time under the Speedy Trial Act shall be

18   excluded through that date in order to afford counsel reasonable time to prepare. Based on the

19   parties' representations, the Court finds that the ends of justice served by granting a continuance

20   outweigh the best interests of the public and the defendants to a speedy trial.

21
     DATED: December 11, 2015
22

23                                     _____
                                       Troy L. Nunley
24                                     United States District Judge

25