DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**OMAR WILLIAMS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00383-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE, EXCLUDING TIME, AND DIRECTING PROBATION OFFICE TO DETERMINE DEFENDANT'S U.S.S.G. § 4B1.1 CAREER OFFENDER QUALIFICATION |
| vs. | |
| OMAR WILLIAMS, | |
| Defendant. | DATE: May 5, 2016<br>TIME: 9:30 AM<br>JUDGE: Hon. Troy L. Nunley |

The United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Omar Williams, by and through his attorney, Dan Koukol, agree to continue the status conference currently scheduled for May 5, 2016 until June 23, 2016, at 9:30 a.m.. The parties agree the Court should direct the United States Probation Office to rule out, if possible, defendant's status as a Career Offender under U.S.S.G. § 4B1.1. The parties are unable to reach a stipulation regarding defendant's possible Career Offender status and require an independent calculation from the Probation Office no later than June 9, 2016 in hopes of resolving this case on June 23, 2016.

The parties agree the Court should exclude time under Local Code T4, and find that the

ends of justice served in granting this stipulated continuance for further defense preparation and investigation outweigh the best interest of the public and the defendant in a speedy trial.

DATED: APRIL 29, 2016			Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Omar Williams

DATED: APRIL 29, 2016			Respectfully submitted,

/s/ DAN KOUKOL FOR JASON HITT
_____
JASON HITT
Assistant U.S. Attorney

**SO ORDERED** continuing status conference from May 5, 2016 until June 23, 2013, excluding time as stipulated, and directing probation to calculate defendant's U.S.S.G. § 4B1.1 status by June 9, 2016.

DATED: May 2, 2016

_____
Troy L. Nunley
United States District Judge