Kristy M. Kellogg, SBN 119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, CA 95814

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OMAR WILLIAMS,<br><br>　　　　　　Defendant. | Case No.: 2:13-cr-00383-TLN; and<br>　　　　　2:05-cr-00501-TLN<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA<br><br>Date:　August 3, 2017<br>Time:　9:30 a.m.<br>Judge:　Troy L. Nunley |

　　　　The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Omar Williams, Kristy Kellogg, hereby stipulate the following:

　　　　1.　By previous order, this matter was set for Status Conference on July 20, 2017.

　　　　2.　By this stipulation, defendant now moves to vacate the Status Conference to and set a Change of Plea on August 3, 2017, at 9:30 a.m. and to exclude time between July 20, 2017, and August 3, 2017, under Local Code T-4 (to allow defense counsel time to prepare).

　　　　3.　The parties agree and stipulate, and request the Court find the following:

　　　　a.　　A continuance is requested because the Court moved the appearance to 1:30 p.m. and defense counsel is unavailable at that time.

1

    b. Counsel for defendants believe the failure to grant the request in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The Government does not object to the request.

    d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of July 20, 2017, to August 3, 2017, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 19, 2017            /s/Kristy Kellogg
                                        KRISTY KELLOGG
                                        Attorney for Defendant
                                        Omar Williams

Dated: July 19, 2017				PHILLIP A. TALBERT
						United States Attorney

						/s/ Jason Hitt
						JASON HITT
						Assistant United States Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 19th day of July, 2017.

						_____
						Troy L. Nunley
						United States District Judge