Kristy M. Kellogg, SBN 119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Tel: (916)442-4022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR WILLIAMS,<br><br>Defendant. | Case No.: 2:13-cr-00383-TLN; and<br>2:05-cr-00501-TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date: November 30, 2017<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Omar Williams, Kristy Kellogg, hereby stipulate the following:

1. By previous order, this matter was set for Judgment and Sentencing on November 9, 2017.

2. By this stipulation, the parties now move to continue the Judgment and Sentencing to November 30, 2017, at 9:30 a.m.

3. The continuance is requested because the Assistance United States Attorney is no longer available and will be out of the country.

**IT IS SO STIPULATED.**

1

Dated: November 7, 2017         /s/Kristy Kellogg
                                KRISTY KELLOGG
                                Attorney for Defendant
                                Omar Williams


Dated: November 7, 2017         PHILLIP A. TALBERT
                                United States Attorney

                                /s/ Jason Hitt
                                JASON HITT
                                Assistant United States Attorney

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. IT IS SO FOUND AND ORDERED this 7th day of November, 2017.

                                Troy L. Nunley
                                United States District Judge